# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Jeffrey William Blanchard | 08−00034 |
| Debtor(s) | |

## SERVICE LIST

Parties Served:

Notice will be electronically mailed to:

Paul Fitzsimmons
pfitzsimmons@blairfitzsimmons.com,
IA08@ecfcbis.com

Francis Wm. Henkels
fhenkels@henkelslawdbq.com,
llundin@henkelslawdbq.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Notice will not be electronically mailed to:

Jean M. Curtis
1418 Highway 52 South, Suite #2
PO Box 186
Guttenberg, IA 52052

Jean M. Curtis
415 South First Street
PO Box 186
Guttenberg, IA 52052

Jean M. Curtis
316 South River Park Drive
PO Box 186
Guttenberg, IA 52052

Jeffrey William Blanchard
318 N. Riverpark Drive
Guttenberg, IA 52052

entered on 4/14/08 tsta